UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENISE BEVROTTE, as statutory beneficiary of her son, MACEO BEVROTTE, JR. | CIVIL ACTION |
| VERSUS | NO: 11-543 |
| CAESARS ENTERTAINMENT CORPORATION d/b/a HARRAH'S NEW ORLEANS HOTEL AND CASINO | SECTION: R |

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's complaint is hereby dismissed with prejudice.

New Orleans, Louisiana, this 17th day of July, 2012

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE